UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| Bill R. Atnip, | Case No.: 2:18-cv-03237-KJM-DB |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| Rash Curtis & Associates, | |
| Defendant. | |

The Court, having read and considered the Parties' Stipulation to Continue February 28, 2019 Status (Pretrial Scheduling) Conference, and for good cause shown, **IT IS HEREBY ORDRED GRANTING THE STIPULATION**. The Status (Pretrial Scheduling) Conference is continued to April 11, 2019, at 2:30, with a joint status report due seven (7) days prior.

DATED: February 25, 2019.

_____
UNITED STATES DISTRICT JUDGE